UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTIE A. LESTER,<br><br>                           Plaintiff,<br><br>          v.<br><br>SPOKANE COUNTY, a municipal corporation; OZZIE D. KNEZOVICH, in his individiual and official capacities; and JOHN C. MCGRATH, in his individual and official capacities,,<br><br>                           Defendants. | No.   2:14-CV-0242-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 14, 2015, the parties filed a stipulated dismissal, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Motion For Dismissal, **ECF No. 18**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of May 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge